IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| VANDA PHARMACEUTICALS INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION et al., <br><br> Defendants. | Civ. No. 4:25-cv-1648 |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby provide notice of voluntary dismissal of this case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiffs Vanda Pharmaceuticals Inc. and Ally Totah dismiss with prejudice. Plaintiff Mary Talley Bowden dismisses without prejudice.

Dated:  October 1, 2025

Richard Salgado (TBN 24060548)
MCDERMOTT WILL & SCHULTE LLP
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
(214) 295-8000
rsalgado@mwe.com

Respectfully submitted,

/s/ *Paul W. Hughes*
Paul W. Hughes (*pro hac vice*)
Connor J. Suozzo (*pro hac vice*)
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mwe.com

*Attorneys for Plaintiffs*