United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VANDA PHARMACEUTICALS INC.., et al<br>Plaintiffs.<br>.<br><br>vs.<br><br>FOOD AND DRUG<br>ADMINISTRATION, *et al*<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25cv1648 |

**ORDER OF DISMISSAL**

In accordance with the Notice of Dismissal filed on October 6, 2025, (Doc. No. 26 ) this case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiffs Vanda Pharmaceuticals Inc and Ally Totah dismiss with prejudice. Plaintiff Mary Tally Bowden dismisses without prejudice.

SIGNED at Houston, Texas, this 27th day of January, 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE